# Third District Court of Appeal
## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0130
Lower Tribunal No. 21-10054
_____

**Impulsora de Productos Sustentables S.A.P.I. de C.V.**,
Appellant,

vs.

**Sunshine Oriental Trading Unlimited Corp., et al.**,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Law Office of Alan I. Karten, PLLC, and Alan I. Karten (Boynton Beach), for appellant.

Michael Van Cleve, Law, and Michael Van Cleve, for appellee Rafael Guillermo Velasquez.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See, e.g.</u>, <u>90 CWELT-2008 LLC v. Yacht Club at Portofino Condo. Ass'n, Inc.</u>, 245 So. 3d 925, 927 (Fla. 3d DCA 2018) (noting "gross abuse of discretion" standard of review and explaining that "the trial court properly exercised its discretion [under Florida Rule of Civil Procedure 1.540(b)(5)] in vacating the certificate of sale and the certificate of title, as a necessary and logical extension of its prior order vacating the final judgment").